RECEIVED
MAR 3 0 2006


# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

 APR 1 8 2006

| | |
|---|---|
| GLORIA SIMON AUCOIN<br>LA. DOC. #84690<br>VS.<br><br>JOHNNIE JONES, WARDEN | CIVIL ACTION NO. 06-0310<br><br>SECTION P<br>JUDGE MELANÇON<br>MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that petitioner's successive Petition for Writ of *Habeas Corpus* be **TRANSFERRED** to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. §2244(b)(3).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 18th day of April, 2006.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE